# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RICHARD L. PETERS, | : No. 723 MAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, | : |
| Respondent | : |
| | |
| RICHARD L. PETERS, | : No. 724 MAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.